**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re: GEORGE HAMMER & VERA L. HAMMER  Case Number: 04-75680
5363 QUARTZ DRIVE  SSN-xxx-xx-6973 & xxx-xx-8600
LOVES PARK, IL  61111

Case filed on: 11/15/2004
Plan Confirmed on: 1/21/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $19,780.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | BRIAN A. HART | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 202 | GREEN TREE SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 209 | PREMIER BANKCARD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | GEORGE HAMMER | 0.00 | 0.00 | 733.44 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 733.44 | 0.00 |
| 001 | AMCORE BANK NA | 2,206.86 | 2,000.00 | 2,000.00 | 135.07 |
| 002 | GREEN TREE | 16,645.28 | 0.00 | 0.00 | 0.00 |
| 003 | WFS FINANCIAL | 12,955.54 | 12,955.54 | 12,955.54 | 1,490.61 |
|  | Total Secured | 31,807.68 | 14,955.54 | 14,955.54 | 1,625.68 |
| 001 | AMCORE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ALARM ONE INCORPORATED | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CAPITAL ONE SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CARAOTTA CHIROPRACTIC ORTHOPEDIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | SHERMAN ACQUISITION DBA | 219.60 | 0.00 | 0.00 | 0.00 |
| 008 | DELL FINANCIAL | 444.16 | 0.00 | 0.00 | 0.00 |
| 009 | PREMIER BANKCARD/CHARTER | 304.25 | 0.00 | 0.00 | 0.00 |
| 010 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ROCKFORD CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ROCKFORD HEALTH PHYSICIANS | 374.82 | 0.00 | 0.00 | 0.00 |
| 013 | RHS ANESTHESIA SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ROCKFORD MERCANTILE AGENCY INC | 586.59 | 0.00 | 0.00 | 0.00 |
| 016 | SHERMAN ACQUISITION DBA | 318.03 | 0.00 | 0.00 | 0.00 |
| 017 | ECAST SETTLEMENT CORPORATION | 500.80 | 0.00 | 0.00 | 0.00 |
| 018 | ECAST SETTLEMENT CORPORATION | 668.36 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 3,416.61 | 0.00 | 0.00 | 0.00 |
|  | Grand Total: | 36,424.29 | 16,155.54 | 16,888.98 | 1,625.68 |

Total Paid Claimant:     $18,514.66
Trustee Allowance:       $1,265.34
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/24/2008          By  /s/Heather M. Fagan